UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BERNARDA ANGON TORRES,
*on behalf of herself, FLSA Collective Plaintiffs, and the Class*,

                Plaintiff,

-v-

FAY DA MANUFACTURING CORP., et al.,

                Defendants.

Case No.: 1:21-cv-04777

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Bernarda Angon Torres hereby accepts and provides notice that she has accepted Defendants' Offer of Judgment dated July 7, 2022, and annexed hereto as **Exhibit A**.

Dated: July 7, 2022

Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2022, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

David A. Robins
Ruskin Moscou Faltischek, P.C.
1425 RXR Plaza, East Tower, 15th Floor
Uniondale, New York 11556-1425
drobins@rmfpc.com
Attorneys for Defendants

By: _____
C.K. Lee, Esq.