UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERNARDA ANGON TORRES, *on behalf of herself, FLSA Collective Plaintiffs, and the Class*, <br><br> Plaintiff, <br><br> -v- <br><br> FAY DA MANUFACTURING CORP., et al., <br><br> Defendants. | Case No.: 1:21-cv-04777(MKB) <br><br> **RULE 68 JUDGMENT** |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants having offered to allow Plaintiff Bernarda Angon Torres ("Plaintiff") to take a judgment against them, in the sum of Ten Thousand Dollars and No Cents ($10,000.00), inclusive of legal fees, costs and expenses, with respect to Plaintiff's federal claims asserted in this action, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated July 7, 2022 and filed as Exhibit A to Docket Number 39;

**WHEREAS**, on July 7, 2022, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 39);

It is **ORDERED and ADJUDGED,** that judgment is entered in favor of Plaintiff Bernarda Angon Torres, in the sum of Ten Thousand Dollars and No Cents ($10,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated July 7, 2022 and filed as Exhibit A to Docket Number 39.

Dated: July 13, 2022
   Brooklyn, New York

BRENNA B. MAHONEY
CLERK OF COURT
BY: *Jalitza Poveda*
   Deputy Clerk